**353** DETROIT, LANSING & NORTHERN RY. CO. vs. PROBATE JUDGE (Livingston), 63 M., 676.

To vacate an order continuing a railway company in possession, pending proceedings instituted to condemn a crossing, where proceedings under a former petition had been had and the company had taken forcible possession and built a crossing; the proceedings had been removed to the Circuit Court and finally to the Supreme Court, and before the matter had been determined a new ptition was filed and an order obtained permitting the occupancy of the crossing during the pendency of the latter proceeding.

Granted November 17, 1886.

**354** FRAZER vs. CIRCUIT JUDGE (Wayne), 39 M., 198.

To vacate an order consolidating two several appeals from the allowance and probate of a will.

Denied June 21, 1878.

**355** GRAVES vs. CIRCUIT JUDGE (Wayne), No. 16282.

To require respondent to vacate an order denying an inquest, in a suit upon a bond given on appeal to the Supreme Court, "because the bond upon which this action is brought is not a money bond within the meaning of Rule No. 14."

Denied, with costs, May 25, 1897.